UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NRT, LLC et al.,<br><br>Defendants. | Case No.: 3:17-CV-2523-CAB-WVG<br><br>**ORDER ON JOINT MOTION TO DISMISS NRT, LLC**<br><br>[Doc. Nos. 10, 11] |

Upon consideration of the Joint Motion for Dismissal of NRT LLC (Doc. No. 11), it is hereby **ORDERED** the joint motion is **GRANTED**. Plaintiff's claim against NRT is hereby **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs. Accordingly, NRT's motion to dismiss [Doc. No. 10] is **DENIED AS MOOT**. Entry of this order is without prejudice to Plaintiff's claim against other persons or entities identified in the First Amended Complaint.

It is **SO ORDERED**.

Dated: January 30, 2018

Hon. Cathy Ann Bencivengo
United States District Judge